IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON SANCHES,

        Plaintiff,

v.                          No. CV 21-96 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Jason Sanches's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 22), filed September 22, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **October 4, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **December 3, 2021**, to serve his Response, and Plaintiff through **December 17, 2021**, to serve his Reply. **No further extensions shall be granted.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.